■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELLIS CLANTON, Appellant, v HAROLD J. SMITH, as Superintendent of the Attica Correctional Facility, Respondent.—Judgment unanimously affirmed. Memorandum: The question of the timeliness of the preliminary hearing was not raised or considered at Special Term. (Appeal from judgment of Wyoming Supreme Court—habeas corpus.) Present—Cardamone, J. P., Hancock, Jr., Callahan, Witmer and Moule, JJ.